## LANE *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 115, September Term, 1965.]

*Decided November 22, 1966.*

724

Before Hammond, C. J., and Horney, Marbury, Oppen-heimer, Barnes and McWilliams, JJ.

Per Curiam.

Application granted and case remanded for the appointment of counsel for the applicant, to prepare application for Leave to Appeal.

*Application granted.*